# UNITED STATES DISTRICT COURT
for the

District of Maryland

RECEIVED
USMS WARRANTS
BALTIMORE, MD

2015 JUN -9 P 12: 47

| | |
|---|---|
| ENOVATIVE TECHNOLOGIES, LLC<br>v.<br><br>GABRIEL REUVEN LEOR<br>*Defendant* | )<br>)  Case No. JKB-14-3956<br>)<br>)<br>)<br>) |

JUN 0 9 2015

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before United States District Judge James K. Bredar without unnecessary delay

*(name of person to be arrested)*     Gabriel Reuven Leor

who has been found in contempt of court for failing to appear when ordered and who is subject to incarceration until he complies with this Court's preliminary injunction (ECF No. 19) (Civil Contempt).

See Memorandum (ECF No. 291) and Order (ECF No. 292) incorporated herein by reference.

Date:    June 9, 2015

*By: Deputy Clerk*

Address:  101 W. Lombard Street
          Baltimore, Md. 21201

Felicia C. Cannon, Clerk, U.S. District Court
*Name and Title of Issuing Officer*

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ | |
| Date: _____ | _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |